Entered: August 13th, 2021
Signed: August 13th, 2021

**SO ORDERED**

On or before August 30, 2021.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **21–14936 – DER**   Chapter: **13**

**Chevera Dinika McLean**
Debtor

### ORDER TO SHOW CAUSE
### WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated July 29, 2021, the above–captioned Debtor was admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☑ Other: Summary of Assets and Liabilities

within fourteen (14) days. Debtor has failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why this case should not be dismissed, pursuant to 11 U.S.C. § 1307(c), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Robert S. Thomas II

**End of Order**

39x01 (rev. 12/01/2015) – KellyHorning