Entered: September 28th, 2021
Signed: September 28th, 2021
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHEVERA DINIKA MCLEAN, | ) | Case No. 21-14936-DER |
| | ) | (Chapter 13) |
| Debtor. | ) | |
| _____ | ) | |

## ORDER DENYING MOTION FOR EXTENSION OF TIME DUE TO UNFORESEEN MEDICAL CIRCUMSTANCES AND REQUEST TO EXTEND AUTOMATIC STAY

The Debtor's Motion for Extension of Time Due to Unforeseen Medical Circumstances and Request to Extend Automatic Stay [Docket No. 17] (the "Motion") came on for hearing before this Court on September 28, 2021, at which time the Court determined that the Motion should be denied for the reasons stated on the record. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is DENIED.

cc:
Debtor
Chapter 13 Trustee
Daniel J. Pesachowitz, Esquire

**End of Order**