IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF MARYLAND-BALTIMORE

In re:  Chevera D. McLean                              *

      Debtor                                      *         Case No.:21-14936
           *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Sir or Madam Clerk:

Please enter the appearance of :

Adam M. Freiman 230947
115 McHenry Ave., Suite B4
Pikesville, MD  21208

410-486-3500
adam@pikesvillelaw.com

as
Attorney for Debtor, Chevera D. McLean

Respectfully submitted this: 7th day of October, 2021 by:

*/s/ Adam M. Freiman*
Adam M. Freiman 23047

## CERTIFICATE OF SERVICE

     I HEREBY DECLARE AND AFFIRM that on this 7th day of October, 2021, I served notice of the Entry of Appearance upon the following:

Chapter 13 Trustee via ECF

All creditors via First Class Mail, postage pre-paid at the addresses on the attached mailing matrix.

*/s/ Adam M. Freiman*
Adam M. Freiman