Wells Fargo Operations Center
PO Box 17900
Denver, CO 80217-0900


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Portfolio Recovery Associates
150 Corporate Blvd
Norfolk, VA 23502


Midland Funding
320 E Big Beaver Road
Troy, MI 48083


US Department of Education
P.O. Box 7860
Madison, WI 53707


Capital One Auto Finance
P.O. Box 259407
Plano, TX 75025


USAA Federal Savings
P.O. Box 330099
San Antonio, TX 78265


The Village of Bear Creek Community
8133 Leesburg Pike
9th Floor
Vienna, VA 22182


Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201

Wilmington Savings Fund Society FSB c/o Christiana Trust as Owner Trustee of
Residential Credit Opportunities Trust III
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801


Residential Credit Opportunities III
3020 Old Ranch Parkway
Seal Beach, CA 90740


John Hopkins Bayview
Patient Billing
4940 Eastern Ave.
Baltimore, MD 21224


BGE
P.O. Box 13070
Philadelphia, PA  1910-3070


Xfinity
P.O. Box 60533
City of Industry, CA 91716-0533


First Home Mortgage Inc.
900 Bestgate Road
Annapolis, MD 21401

Capital One
PO BOX 71083
Charlotte, NC 28272

SPECIALIZED LOAN SERVICE
6200 S. QUEBEC ST
GREENWOOD VILLAGE, CO 80111