UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE)

In re: Chevera Dinika McLean

Case No. 21-14936-DER

Chapter 13

Debtor(s)

## TRUSTEE'S PROCEEDING MEMO

**341 Meeting Date:** 11/5/2021

Case Filing Date: _____, General Claims Bar Date: _____, Govt Claims Bar Date: _____

[✓] Debtor attended and was examined as to income, the filing of tax returns, assets and liabilities.

[✓] The First Meeting of Creditors has been held and concluded.

[ ] The First Meeting of Creditors has been continued to ___/___/_____ at _____ a.m./p.m.

[ ] The First Meeting of Creditors is "held open" and/or continued to ___/___/_____ at _____ a.m./p.m. To allow for submission of Tax Returns or Social Security Card or Photo ID.

[ ] Debtor [___] Attorney - failed to attend today's meeting.
  [___] Meeting to be rescheduled or [___] Motion to Dismiss to be filed [___] 180-day bar to refile,
  [___] Debtor converting to chapter 7.

  [___] No plan payments made, [___] No plan filed, [___] No schedules Filed, [___] No §521Documents.

[ ] *Pro Se* Debtor appeared and was examined as to income, the filing of tax returns, assets and liabilities.
  [___] Meeting to be rescheduled to allow *Pro Se* Debtor to obtain Attorney or schedule appointment with DAP program or provide documents pursuant to §521.

[ ] Debtor and counsel must resolve in a timely manner the issues noted below:

_____ Chapter 13 Payment                    ✓ Amended Plan to be Filed
✓ Tax Returns                                 _____ File Amended Schedules (ABC, I & J, SOFA)
_____ Business Questionnaire/Operating Reports   _____ File Amended attorney fee statement (2016(b))
_____ Market Analysis                        _____ File Motion to Determine Value/Avoid Lien
_____ Bank Statements                        ✓ Review Filed Proofs of Claims
_____ Proof of Income/Paystubs, Form Q       _____ Continue Confirmation past Govt Bar Date

_____ Plan complies with §1322, §1325 Proceed to Confirmation.

✓ **Schedules must be amended for:** C - Property not T/E

✓ **Plan must be amended for:** Funding, non exempt proceeds to 0/14.

Date: 11/5/21        /s/ Gerard R. Vetter
Gerard R. Vetter, Interim Chapter 13 Trustee
300 E. Joppa Road, Suite #409, Towson, MD 21286
410-825-5923, Email: *Inquiries@ch13balt.com*

[Rev. 2/17]