Entered: April 20th, 2022
Signed: April 19th, 2022
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

**In re:**

| | |
|---|---|
| **CHEVERA DINIKA MCLEAN,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 21-14936** |

**RESIDENTIAL CREDIT OPPORTUNITIES TRUST III,**

    **MOVANT,**

vs.

**CHEVERA DINIKA MCLEAN**
**CLINT A. MCLEAN, CODEBTOR**
**and GERARD RICHARD VETTER, TRUSTEE,**

    **RESPONDENTS.**

**ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Upon consideration of the Motion for *In Rem* Relief from the Automatic Stay and Codebtor Stay filed by Residential Credit Opportunities Trust III ("Movant"), having been properly served and upon the argument of counsel, the Court finding grounds to grant the Motion; it is by the United States Bankruptcy Court for the District of Maryland.

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby terminated as to all parties to permit the Movant to proceed with state court proceedings to enforce the state court judgment of possession as it pertains to the real property located at **2023 Case Road Baltimore MD 21222** and that it is further

**ORDERED** that In Rem Relief is granted as to the Debtor for any other case under this title purporting to affect the referenced real property for a period of two (2) years after its entry and it is further

**ORDERED** that this Order shall apply to Clint A. McLean, the Codebtor, to terminate the automatic stay imposed by §1301(a), to the same extent and on the same terms and conditions as granted as to the Debtor for any other case under this title purporting to affect the referenced real property for a period of two (2) years after its entry.

## SERVICE LIST

| | |
|---|---|
| Chevera Dinika McLean<br>2023 Case Road<br>Baltimore, MD 21222 | Debtor |
| Adam M. Freiman<br>115 McHenry Avenue<br>Suite B4<br>Baltimore, MD 21208 | Counsel for Debtor |
| Gerard Richard Vetter<br>300 E Joppa Road<br>Suite 409<br>Towson, MD 21286 | Chapter 13 Trustee |
| Residential Credit Opportunities Trust III<br>3020 Old Ranch Parkway<br>Suite 180<br>Seal Beach, CA 90740 | Movant |
| Daniel J. Pesachowitz<br>dpesachowitz@siwpc.com<br>6100 Executive Blvd.<br>Suite 400<br>Rockville, MD 20852 | Counsel for Movant |
| Clint McLean<br>2023 Case Road<br>Baltimore, MD 21222 | Codebtor |

**END OF ORDER**