# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

**In re:**

**CHEVERA DINIKA MCLEAN,**            **CHAPTER 13**

       **DEBTOR.**                          **CASE NO. 21-14936**

## NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN

      Notice is hereby given that the Objection to Confirmation of Plan of Residential Credit Opportunities Trust III, by Counsel, filed on December 3, 2021, as Docket No. 86, is hereby Withdrawn Without Prejudice.

By: /s/Daniel J. Pesachowitz
Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com
Counsel for Residential Credit Opportunities Trust III

## CERTIFICATE OF SERVICE

      I certify that on April 26, 2022, the foregoing Notice of Withdrawal was served via CM/ECF on Brian A. Tucci, Trustee, and Adam M. Freiman, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Chevera Dinika McLean, Debtor, 2023 Case Road, Baltimore, MD 21222.

/s/Daniel J. Pesachowitz

Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.