# United States Bankruptcy Court
For The
District of Maryland/Northern Division

|  |  |
|---|---|
| IN RE: CHEVERA DINIKA MCLEAN<br>2023 CASE ROAD<br>BALTIMORE, MD 21222 | Case No: 21-14936-DER<br>Judge: David E. Rice<br>Date: 5/10/2022 |

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | US DEPT OF EDUCATION / CLAIMS FILING UNIT<br>PO BOX 8973 / MADISON, WI 53708<br>Acct: 7604<br>Comment: | 1,467.79 | Unsecured |
| 002 | WELLS FARGO BANK NA / WELLS FARGO AUTO<br>PO BOX 130000 / RALEIGH, NC 27605<br>Acct: 5497<br>Comment: | 900.00 | Secured |
| 003 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>PO BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 004 | BEAR CREEK HOA / 1900 GALLOWS ROAD #700<br>TYSONS CORNER, VA 22182<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 005 | WILMINGTON SAVINGS FUND SOCIETY / 1600 SOUTH DOUGLASS<br>ANAHEIM, CA 92806<br>Acct:<br>Comment: NOT PROVIDED - NOT FILED |  | DirectPay<br>.00 |
|  | Total | 2,367.79 |  |
| ADAM M FREIMAN ESQUIRE<br>115 MCHENRY AVENUE SUITE B4<br>BALTIMORE, MD 21208 |  | 4,000.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Brian A. Tucci
Brian A. Tucci, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 05/10/2022 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Brian A. Tucci
Brian A. Tucci, Trustee