```
Comptroller of Maryland
Revenue Admin Division
110 Carroll Street
Annapolis, MD 21411



IRS
PO Box 7346
Philadelphia, PA 19101-7346



The Village of Bear Creek Community HOA



Wells Fargo Dealer Services
POB 25341
Santa Ana, CA 92799



Wilmington Savings Fund Society, FSB
Residential Credit Opportunities Trust
```

# United States Bankruptcy Court
## District of Maryland

In re  **Chevera D. McLean**                              Case No.  **21-14936**
                    Debtor(s)                             Chapter   **13**

## MOTION TO DISMISS CASE

NOW COMES THE DEBTOR, Chevera D. McLean, by and through her attorney, Adam M. Freiman and Freiman Law, P.C. and does say unto this Honorable Court:

1. Debtor(s), **Chevera D. McLean**, commenced this case on **July 29, 2021** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor now desires that the case be dismissed, as she no longer desires/needs the protection of the Court.

WHEREFORE, Debtor(s) pray for an Order Dismissing her case and for such additional or alternative relief as may be just and proper.

Dated: **June 15, 2022**

*/s/ Adam M. Freiman 23047*
**Adam M. Freiman**
**115 McHenry Ave., Suite B4**
**Baltimore, MD  21208**
**410-486-3500**
**adam@pikesvillelaw.com**
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY DECLARE AND AFFIRM that on this 15th day of June, 2022, I caused service of the above Motion upon the Chapter 13 Trustee, via ECF and all creditors via First Class Mail at the addresses on the attached Matrxi.

Dated:  6/15/2022

*/s/ Adam M. Freiman*
**Adam M. Freiman**